**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| In the Matter of: | In Bankruptcy No. 20-13006-cjf |
| **MAPLE LEAF CHEESE COOPERATIVE**, | Chapter 11 |
| Debtor. | |

- - - - - - - - - - - - - - - - - - - - - - - - -

**MAPLE LEAF CHEESE COOPERATIVE**, et al.,

        Plaintiffs,        Adversary Proceeding No. 21-00039

v.

**MAPLE LEAF CHEESEMAKERS, INC.**,

        Defendant.

## DECLARATION OF BRENT D. NISTLER

I, Brent D. Nistler, under the penalty of perjury, declare as follows:

1. I represent the Plaintiff, Maple Leaf Cheese Cooperative, in the above-captioned matter. I am competent to testify as to the matters stated herein, which are based on my personal knowledge.

2. Attached as Exhibit 1 is a true and correct copy of the cover page as well as pages 1-4 and 9-24 of the Cooperative's 30(b)(6) deposition transcript.

3. Attached as Exhibit 2 is a true and correct copy of the Cooperative's First Set of Interrogatories and Requests for Production of Documents.

4. Attached as Exhibit 3 is a true and correct copy of MLC's Answers and Responses to Plaintiff Maple Leaf Cheese Cooperative's First Set of Interrogatories and Requests for Production of Documents.

I declare under penalty of perjury of the laws of the United States that everything I have stated in this document is true and correct. Executed on July 5, 2022, in Milwaukee County, Wisconsin.

By:  /s/ Brent D. Nistler
     Brent D. Nistler