**11:00 AM**    3-21-00039-cjf    Maple Leaf Cheese Cooperative v. Maple Leaf Cheesemakers, Inc.

†Ch 11
3-20-13006-cjf    Maple Leaf Cheese Cooperative

**Moving:** ✓ Kristin K. Beilke  +S. Flemming    608-268-5604    for Maple Leaf Cheesemakers, Inc.

**Opposing** ✓ Brent D Nistler  + T. Hansen    414-455-7676    for Maple Leaf Cheese Cooperative

**Debtor or Plaintiff**    Brent D Nistler    414-455-7676    for Maple Leaf Cheese Cooperati

**Matter:** Hearing on Motion by Defendant to Compel Discovery or Alternatively Issue Sanctions Pursuant to Fed. R. Civ. Pro. 37(a), (d) (Doc # 27)
-Obj. Maple Leaf Coop

**Judge Hearing**

### U.S. Bankruptcy Court for the Western District of Wisconsin
### Court Proceeding Memo

**OUTCOME:**
- ✗ Granted *in part*
- ___ Denied
- ___ Approved
- ___ Allowed
- ___ Disallowed
- ✗ In Part
- ___ Sustained
- ___ Overruled
- ___ Settled
- ___ Withdrawn
- ___ Other: _____
- ___ Under Advisement

___ Debtor shall do the following by/within: _____    ___ or the case will be dismissed:
___ amend plan    ___ provide info to TR    ___ bring current    ___ other: _____

___ Plan confirmed:    ___ Ch. 13 TR    ___ Ch. 12 Atty.    ___ Ch. 11 Atty. to submit proposed order

**SCHEDULE:**
___ Adj. to _____ at _____
Location: ___ Telephone    ___ Madison    ___ Eau Claire    ___ Other: _____
___ Final/Evidentiary Hearing. Parties agree that ___ [hours / day(s)] will be sufficient to hear the matter.
___ Issue Standard Pre-Hearing Order    ___ [Yes / No]    ___ Other: _____

___ Briefing Schedule Set:
___ Movant's Brief    ___ Response Brief    ___ Reply Brief

___ Other Schedule: _____

**ORDER:**
___ Separate order to be entered by the Court
___ Order by: _____
___ Order at docket no. ___ to be signed
✓ ORDER: For the reasons stated from the bench, the Motion is granted in part + denied in part. Π is prohibited from production or use of documents (other than those obtained from Δ + Peters documents) produced after 6/15/22. Ct withholds ruling on Peters documents to trial. Costs + fees request is denied. Testimony from Mayer on designated subjects is subject to continued deposition + rulings at trial.

IT IS SO ORDERED:
/s/ Catherine J. Furay
U.S. Bankruptcy Judge

✗ ECF
___ cc: parties in interest
___ cc: parties appearing