# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In the Matter of: | In Bankruptcy No. 20-13006-cjf |
| **MAPLE LEAF CHEESE COOPERATIVE**, | Chapter 11 |
| Debtor. | |

- - - - - - - - - - - - - - - - - - - - - - - - -

**MAPLE LEAF CHEESE COOPERATIVE**, et al.,

          Plaintiffs,          Adversary Proceeding No. 21-00039

v.

**MAPLE LEAF CHEESEMAKERS, INC.**,

          Defendant.

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Timothy M. Hansen of Hansen Reynolds LLC has been retained by and appears for Plaintiff, Maple Leaf Cheese Cooperative in the above proceeding and demands a copy of all pleadings, papers and documents filed herein be served upon him at the below address.

Dated this 15th day of July, 2022.        **HANSEN REYNOLDS LLC**

        By: *Electronically signed by Timothy M. Hansen*
        Timothy M. Hansen, SBN: 1044430
        thansen@hansenreynolds.com
        Hansen Reynolds LLC
        301 N. Broadway, Suite 400
        Milwaukee, WI 53202
        Ph: 414-455-7676

*Attorneys for Plaintiff*