11:00 AM       3-21-00039-cjf       Maple Leaf Cheese Cooperative v. Maple Leaf Cheesemakers, Inc.

       †Ch 11
       3-20-13006-cjf    Maple Leaf Cheese Cooperative

**Moving:**   Brent D Nistler              414-455-7676          for Maple Leaf Cheese Cooperative

       Timothy M Hansen              414-455-7676          for Maple Leaf Cheese Cooperative

**Opposing** Kristin K. Beilke    *+ Tenured*    608-268-5604          for Maple Leaf Cheesemakers, Inc.


**Debtor or Plaintiff**         Brent D Nistler          414-455-7676        for Maple Leaf Cheese Cooperati

                    Timothy M Hansen          414-455-7676        for Maple Leaf Cheese Cooperati


**Matter:**   Preliminary hearing on Motion by Plaintiff to Continue Hearing (Doc # 40)

**Judge Hearing**

U.S. Bankruptcy Court for the Western District of Wisconsin
Court Proceeding Memo

OUTCOME:
_____ Granted      _____ Denied       _____ Approved      _____ Allowed      _____ Disallowed
_____ In Part      _____ Sustained    _____ Overruled     _____ Settled      _____ Withdrawn
_____ Other: _____                                        _____ Under Advisement

_____ Debtor shall do the following by/within: _____   _____ or the case will be dismissed:
        _____ amend plan    _____ provide info to TR    _____ bring current    _____ other: _____

_____ Plan confirmed:    _____ Ch. 13 TR    _____ Ch. 12 Atty.    _____ Ch. 11 Atty.   to submit proposed order

SCHEDULE:
__X__ Adj. to *10/5-7/22* at *10:00* on the 5th
        Location: _____ Telephone    __X__ Madison    _____ Eau Claire    _____ Other: _____
        __X__ Final/Evidentiary Hearing. Parties agree that *3* [hours / day(s)] will be sufficient to hear the matter.
        __X__ Issue Standard Pre-Hearing Order    _____ [Yes / No]    _____ Other: _____

_____ Briefing Schedule Set:                               *Preliminary*
        _____ Movant's Brief    _____ Response Brief    _____ Reply Brief
__X__ Other Schedule: *Defendant's Expert (Report(s) be provided w/in 3 weeks; ② Discovery is suspended through August 24 for non experts and through 9/1 for experts.*

ORDER:
_____ Separate order to be entered by the Court
_____ Order by: _____
_____ Order at docket no. _____ to be signed

_____ ORDER: For the reasons stated from the bench,

IT IS SO ORDERED:

*And, further, they may provide written supplemental reports w/in 3 days following the depo of this Expert.*

_____
Catherine J. Furay
U.S. Bankruptcy Judge

__X__ ECF
_____ cc: parties in interest
_____ cc: parties appearing

Current as of 07/18/2022 at 8:53 AM

† indicates associated main case data