## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WISCONSIN

In Re:

Maple Leaf Cheese Cooperative

        Debtor(s).

_____

Case Number: 3−20−13006−cjf

**Adversary Case Number: 3−21−00039−cjf**

Maple Leaf Cheese Cooperative

        Plaintiff(s),

v.

Maple Leaf Cheesemakers, Inc.

        Defendant(s).

---

**PRETRIAL ORDER**

<u>TRIAL</u>

A trial has been scheduled for:

    Date:  October 5, 2022                      Time: 10:00 AM
    Place:  U.S. Federal Courthouse, 3rd Floor, Courtroom 350, 120
           N. Henry Street, Madison, WI 53703

All parties agree that three days (10/5 − 10/7) will be sufficient and no continuances will be granted without good cause. **If the parties reach a settlement prior to the hearing, they are to notify the Court in writing within 48 hours of the hearing date. Otherwise, the parties must appear in person at the date and time indicated above.**

Presiding Judge: Furay

At the pretrial conference held on /Motion to Continue 7/18, the following were present: Attorney Timothy Hansen and Attorney Kristin Beilke.

<u>ISSUES</u>

As set forth in the pretrial statement.

<u>PLEADINGS</u>

No further pleadings are sought by any party.

<u>FACTS STIPULATED</u>

All facts admitted in the pleadings and facts not identified as contested in the pretrial statement or set out below as to be determined at trial are deemed to be stipulated. In addition, parties are encouraged to enter into stipulations as to background facts and facts that are not intended to be actively contested at trial.

FACTS TO BE DETERMINED AT TRIAL

As set forth in the pretrial statement.

DISCOVERY

Discovery Deadline: OTHER SCHEDULE: 1) Defendant's Expert Preliminary Report(s) be provided within 3 weeks and further they may provide written supplemental reports within 3 days following the deposition of the plaintiffs expert; 2) Discovery is suspended through August 24 for non experts and through 9/1 for experts.

EXHIBITS

At least **fourteen (14)** days prior to the trial date, all parties are to exchange and file with the court copies of all exhibits they intend to introduce in evidence. If no written objection as to foundation or authentication is made to the court and delivered to the proponent within **seven (7)** days of the receipt of the proposed exhibit, such objection is waived and all exhibits may be received in evidence without any further authentication or foundation, provided, however, that all other objections are preserved and may be asserted at trial. **Failure to make the required submission of the witness list or exhibit list is a waiver of the opportunity to present evidence.**

Each party shall clearly number each proposed exhibit in the order of its probable presentation at trial (each document shall be given a separate exhibit number) and prepare a list of those numbered exhibits with a very brief identification of each. Copies of that exhibit list shall be filed with the court and exchanged with the parties along with the copies of exhibits provided in the prior paragraph. When filing the Exhibit List and the exhibits in CM/ECF, each exhibit shall be filed as a separate attachment to the Exhibit List.

The Court requires that appraisals, along with the qualifications of the appraiser, be submitted by declaration in accordance with 28 U.S.C. § 1746. Appraisers should be present for cross−examination.

Exhibits filed electronically are not a sufficient substitute for "copies of exhibits" used by the judge during the conduct of the trial (see Courtroom Practice sheet).

WITNESSES

At least **fourteen (14)** days prior to the trial date the parties are to exchange and file with the court the names of all witnesses they intend to present at trial together with a brief summary of the area of testimony each witness will present. All reasonably anticipated objections to testimony and all motions to limit testimony of a witness identified by an opposing party shall be made within **seven (7)** days after receipt of the witness list required by this paragraph.

Designation of a nonparty witness on an opponents list of witnesses does not relieve a party of assuring the presence of that witness at trial if his or her testimony is desired.

FINDINGS OF FACT AND CONCLUSIONS OF LAW

**Seven (7)** days prior to the trial each party shall file with the court and serve on opposing parties proposed detailed findings of fact and conclusions of law. A brief memorandum of authority for the conclusions may be filed with the proposed findings and conclusions.

MOTIONS

All other motions must be set for hearing not less than 15 days before trial date.

Dated: July 19, 2022

BY THE COURT:

/s/ Catherine J. Furay

_____
Hon. Catherine J. Furay
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Wisconsin

Maple Leaf Cheese Cooperative,
    Plaintiff

Maple Leaf Cheesemakers, Inc.,
    Defendant

Adv. Proc. No. 21-00039-cjf

# CERTIFICATE OF NOTICE

District/off: 0758-3      User: eADIuser      Page 1 of 2
Date Rcvd: Jul 19, 2022      Form ID: NtcAdvTL      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion11.mi.ecf@usdoj.gov | Jul 19 2022 19:27:00 | Office of the U. S. Trustee, 517 East Wisconsin Ave., Room 430, Milwaukee, WI 53202-4510 |
| ust | + Email/Text: USTPRegion11.MD.ECF@usdoj.gov | Jul 19 2022 19:27:00 | Patrick S. Layng, Office of the U. S. Trustee, 780 Regent Street, Ste 304, Madison, WI 53715-2635 |
| ust | + Email/Text: USTPRegion11.MD.ECF@usdoj.gov | Jul 19 2022 19:27:00 | U.S. Trustee's Office, 780 Regent Street, Suite 304, Madison, WI 53715-2635 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 21, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent D Nistler | on behalf of Plaintiff Maple Leaf Cheese Cooperative bnistler@hansenreynolds.com pleadings@hansenreynolds.com |
| Kristin K. Beilke | on behalf of Defendant Maple Leaf Cheesemakers Inc. kbeilke@murphydesmond.com, jsabatke@murphydesmond.com |
| Scott G. Salemi | |

District/off: 0758-3 | User: eADIuser | Page 2 of 2
Date Rcvd: Jul 19, 2022 | Form ID: NtcAdvTL | Total Noticed: 3

on behalf of Defendant Maple Leaf Cheesemakers Inc. ssalemi@murphydesmond.com, kblazek@murphydesmond.com

Timothy M Hansen
on behalf of Plaintiff Maple Leaf Cheese Cooperative thansen@hansenreynolds.com

TOTAL: 4