# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In the Matter of: | In Bankruptcy No. 20-13006-cjf |
| **MAPLE LEAF CHEESE COOPERATIVE**, | Chapter 11 |
| Debtor. | |
| - - - - - - - - - - - - - - - - - - - - - - - - - | |
| **MAPLE LEAF CHEESE COOPERATIVE,** | |
| Plaintiff, | Adversary Proceeding No. 21-00039 |
| v. | |
| **MAPLE LEAF CHEESEMAKERS, INC.,** | |
| Defendant. | |

## ORDER AMENDING SCHEDULING ORDER

Based on the Defendant, Maple Leaf Cheesemakers' ("MLC") Unopposed Motion to Amend Scheduling Order, the Plaintiff, Maple Leaf Cheese Cooperative ("Coop") not having opposed such Motion, and this Court finding there is good cause:

**IT IS ORDERED:**

1. The scheduling order is modified to extend the deadline for MLC to disclose its expert reports to the Coop on or before August 11, 2022.

2. All other dates previously ordered remain the same.

#####

4874-0825-2166, v. 1